Thomas Clayton McMURRY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 4, 1973.

Donald L. Cox, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM Opinion, Affirming.*

Ermel C. RATLIFF, Appellant,

v.

Eulan CHILDERS et al., Appellees.

Court of Appeals of Kentucky.

May 4, 1973.

Francis D. Burke, Pikeville, for appellant.

Kelsey E. Friend, Pikeville, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

James R. YOCOM, Commissioner of Labor and Custodian of the Special Fund and United States Steel Corporation

v.

Park B. HOWARD and Workmen's Compensation Board.

Court of Appeals of Kentucky.

May 4, 1973.

Robert D. Hawkins, Dept. of Labor, Murvel E. Combs, Dept. of Labor, Frankfort, William A. Rice, Rice & Huff, Harlan, Attorney for United States Steel Corporation, for appellants.

G. Wix Unthank, Harlan, for Park B. Howard.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

Melvin WEST

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

May 4, 1973.

Melvin West, pro se.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Justice REED, Affirming.*

* Opinion ordered not to be published.

